IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex. rel. LAURA MONTALVO, | §<br>§<br>§ | |
| *Plaintiffs*, | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. SA-23-CV-508-FB |
| CHRISTUS HEALTH, | §<br>§<br>§ | |
| *Defendant*. | §<br>§ | |

### ORDER GRANTING UNITED STATES' MOTION TO UNSEAL

Before the Court is the United States' Notice of Election to Decline Intervention and Motion to Unseal, filed on December 11, 2024.  (Docket no. 18 [filed under seal]).  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notified the Court of its decision not to intervene in this action and requests that certain matters be unsealed.  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that, the United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the motion to unseal (contained within docket no. 18) is GRANTED such that:

1. the Complaint be unsealed and served upon the Defendant by the Relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendant, except for this Order and the United States' Notice of Election to Decline Intervention and Motion to Unseal, which the Relator will serve upon the Defendant only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order, and that the docket be unsealed on the Court's CM/ECF system and PACER;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

5. the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all notices of appeal upon the United States;

7. all orders of this Court shall be sent to the United States; and

8. should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

It is so ORDERED.

SIGNED this 12th day of December, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE